**THE UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: THE HONORABLE JANE A. RESTANI, JUDGE**

```
---------------------------------------------------------------
```

AMERICAN SERVICE INSURANCE CO.,

                    Plaintiff,

                  v.

UNITED STATES,

                    Defendant.

COURT NO.  16-00122

```
---------------------------------------------------------------
```

## PLAINTIFF'S SUPPLEMENTAL STATUS REPORT

On July 29, 2022, pursuant to the Court's order dated June 29, 2022, plaintiff American Service Insurance Co. and the United States provided the Court with a status report.  However, on July 29, 2022, plaintiff had not been able to advise plaintiff's counsel as to how it wished for counsel to proceed.  Plaintiff's counsel requested the Court grant plaintiff an additional seven days, to an until August 5, 2022, for plaintiff to so advise counsel and for counsel to advise the Court.  By way of background, the Court originally suspended this case under test case no. 15-00175.  On July 23, 2019, this Court granted the Government's motion for summary judgment and denied New Image's motion in test case no. 15-00175.  Specifically, the Court sustained U.S. Customs and Border Protection's assessment of excise tax on New Image's tobacco wraps using the 0.915 weight based on its finding that Customs' weighing using an indirect method was in accordance with law.  *New Image Global, Inc. v. United States*, Slip Op. 19-90 (July 23, 2019).  New Image appealed this Court's decision, which the U.S. Court of Appeals for the Federal Circuit affirmed.  On June 28, 2022, the Federal Circuit issued the mandate.

In the party's Joint Status Report filed on July 29, 2022, counsel for plaintiff advised the Court that counsel was awaiting confirmation from plaintiff that it does not wish to continue with

the suspension on the grounds that there may be issues other than the disputed question presented in the test case.  However, on this date, counsel for plaintiff was advised that plaintiff does wish to continue with the suspension on the grounds that there may be issues other than the single disputed question presented in the test case which may be amenable to settlement between the importer, New Image Global, Inc. and defendant, the United States.  Plaintiff is informed and believes that New Image Global and CBP are currently in active discussions regarding settlement of various administrative matters. On that basis, pursuant to USCIT Rule 85(e), Plaintiff respectfully requests the Court allow Case No. 16-00122 to remain on the Suspension Disposition Calendar along with Case Nos. 14-00271, 15-00316, and 16-00016 for six months, up to and including January 29, 2023, so New Image Global Inc. can continue to pursue settlement.  Good cause exists because Plaintiff believes a settlement will obviate the need to litigate Case No. 16-00122.

Defendant has already responded, in its July 29, 2022 Joint Status Report, that because the Government prevailed on the disputed question presented in the test case, which is the same question in the suspended case, the Government respectfully requested that the case be removed from the Suspension Disposition Calendar, and absent a showing by plaintiff that any differences exist, the case should be dismissed.

Dated: August 4, 2022                      Respectfully submitted,

                                        SANDLER, TRAVIS & ROSENBERG, P.A.
                                        601 Montgomery Street, Suite 1208
                                        San Francisco, CA. 95111
                                        (415) 378-3374

                         By:   /s/ T. Randolph Ferguson
                                        Attorney for the Plaintiff,
                                        American Service Insurance Company