**UNITED STATES COURT OF INTERNATIONAL TRADE**                    FORM 7A

|                          |
|--------------------------|
|           Plaintiff,     |
|     v.                   |
|           Defendant.     |

Court No.

**NOTICE OF DISMISSAL**

    **PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: _____

                                            _____
                                                        Attorney for Plaintiff

                                            _____
                                                           Street Address

                                            _____
                                              City, State and Zip Code

                                            _____
                                                            Telephone No.

                                            Order of Dismissal

    This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: _____            Clerk, U. S. Court of International Trade

                                            By: _____
                                                           Deputy Clerk

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
|  |  |

Order of Dismissal

    This action and those listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: _____

                                            Clerk, U. S. Court of International Trade

                                        By: _____
                                                Deputy Clerk

(As added Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)