UNITED STATES COURT OF INTERNATIONAL TRADE        FORM 7A

```
AMERICAN SERVICE INSURANCE CO.
(Surety for NEW IMAGE GLOBAL, INC.)

                    Plaintiff,

        v.
UNITED STATES


                    Defendant.
```

Court No. 16-00122

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: June 29, 2023

T. Randolph Ferguson
Attorney for Plaintiff

414 Jackson Street, Suite 200
Street Address

San Francisco, CA 94111
City, State and Zip Code

(415) 378-3374
Telephone No.

### Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: June 30, 2023

Clerk, U. S. Court of International Trade

By: /s/ Geoffrey Goell
Deputy Clerk